(108 So. 87)

No. 27820.

### STATE v. LEBLANC.

(March 29, 1926.)

*(Syllabus by Editorial Staff.)*

1. Criminal law ⊙⊃1024(1)—State may not appeal except from final judgment such as judgment sustaining motion to quash, or motion in arrest of judgment.

The state may not appeal in criminal case except from final judgment, such as a judgment sustaining a motion to quash or a motion in arrest of judgment.

2. Criminal law ⊙⊃1026.

Accused has no right of appeal except from a conviction and sentence.

3. Criminal law ⊙⊃1024(1).

Appeal by state from order granting defendant's motion for continuance will be dismissed as unauthorized.

Appeal from Sixteenth Judicial District Court, Parish of Iberia; James D. Simon, Judge.

Rex Leblanc was prosecuted for an offense. From an order granting his motion for continuance, the State appeals. Appeal dismissed.

Percy Saint, Atty. Gen. (E. Vuillemot, Dist. Atty., of New Iberia, and E. R. Schowalter, Asst. Atty. Gen., of counsel), for the State.

C. Arthur Provost, of New Iberia, for appellee.

ROGERS, J. [1-3] The state of Louisiana has appealed from an order granting defendant's motion for a continuance. In criminal cases, the state has no right of appeal except from a final judgment, such as a judgment sustaining a motion to quash or a motion in arrest of judgment, and the defendant has no right of appeal except from a conviction and sentence.

Appeal dismissed.